**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RYANN GREGG**, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>**UNIVERSITY OF PORTLAND**, an Oregon not for profit corporation; **MEGAN BURTON**, an individual; and **JANE DOE**, an individual;<br><br>　　　　　Defendants. | Case No. 3:22−cv−01680−JR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JANE DOE** |

　　　　Pursuant to Fed. R. Civ. P. Rule 41(a) Plaintiff notifies the court of the voluntary dismissal without prejudice of Defendant Jane Doe.

DATED this 19th day of December, 2022.

　　　　　　　　　　　　　　　　　　THE BRAGUE LAW FIRM

　　　　　　　　　　　　　　　　　　By _____
　　　　　　　　　　　　　　　　　　　　Kevin C. Brague, OSB No. 050428
　　　　　　　　　　　　　　　　　　　　kevin@braguelawfirm.com
　　　　　　　　　　　　　　　　　　　　4504 S. Corbett Avenue, Suite 250
　　　　　　　　　　　　　　　　　　　　Portland, Oregon 97239
　　　　　　　　　　　　　　　　　　　　t: 503.922.2243
　　　　　　　　　　　　　　　　　　　　f: 503.296.2046
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT JANE DOE on the party listed below by the following indicated method or methods:

    Michael Porter, P.C., OSB No. 003560
    *mike.porter@millernash.com*
    Erin M. Burris, OSB No. 155379
    *erin.burris@millernash.com*
    MILLER NASH LLP
    111 SW Fifth Avenue, Suite 3400
    Portland, OR 97204
    T: 503.224.5858
    F: 503.224.0155
    Attorney for Defendants University of Portland and Burton

    Lori DeDobbelaere, OSB No. 940655
    *LDeDobbelaere@kilmerlaw.com*
    KILMER VOORHEES & LAURICK PC
    2701 NW Vaughn Street, Suite 780
    Portland, OR 97210
    T: 503.224.0055
    F: 503.222.5290
    Attorney for Defendant Jane Doe

[X]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[ ]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]    by faxing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

                              DATED this 19th day of December, 2022.

                              */s/ Kevin Brague*
                              Kevin C. Brague, OSB No. 050428