**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RYANN GREGG**, an individual,<br><br>            Plaintiff,<br><br>   v.<br><br>**UNIVERSITY OF PORTLAND**, an Oregon not for profit corporation; **MEGAN BURTON**, an individual; and **JANE DOE**, an individual;<br><br>            Defendants. | Case No. 3:22−cv−01680−JR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 54 and based upon the stipulation of the parties,

IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice and without costs or attorney fees to any party.

_____
Hon. Judge Jolie A. Russo

**IT IS SO STIPULATED**

DATED this 11th day of May, 2023.

| MILLER NASH | THE BRAGUE LAW FIRM |
|---|---|
| By *s/Mike Porter* | By _____ |
| Mike Porter, OSB No. 003560 | Kevin C. Brague, OSB No. 050428 |
| Mike.porter@millernash.com | kevin@braguelawfirm.com |
| Attorney for Defendant | Attorney for Plaintiff |

## CERTIFICATE OF SERVICE

      I hereby certify that I served the foregoing STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE on the party listed below by the following indicated method or methods:

      Michael Porter, P.C., OSB No. 003560
*mike.porter@millernash.com*
Erin M. Burris, OSB No. 155379
*erin.burris@millernash.com*
MILLER NASH LLP
111 SW Fifth Avenue, Suite 3400
Portland, OR 97204
T: 503.224.5858
F: 503.224.0155
Attorney for Defendants University of Portland and Burton

[X]    by electronic means through the U.S. District Court, District of Oregon's CM/ECF document filing system.

[ ]    by mailing a full, true and correct copy thereof in a sealed, first-class postage paid envelope, addressed to the address as shown above, with the U.S. Postal Service at Portland, Oregon, on the date set forth below.

[]    by causing a full, true, and correct copy thereof to be hand-delivered to the attorney at the attorney's last known office address listed above on the date set forth below.

[ ]    by faxing a full, true, and correct copy thereof to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office, on the date set forth below.

      DATED this 11th day of May, 2023.

      /s/ *Kevin Brague*
      Kevin C. Brague, OSB No. 050428