**Kevin C. Brague, OSB No. 050428**
kevin@braguelawfirm.com
THE BRAGUE LAW FIRM
4504 S. Corbett Avenue, Suite 250
Portland, Oregon 97239
t: 503.922.2243
f: 503.296.2046

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RYANN GREGG**, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>**UNIVERSITY OF PORTLAND**, an Oregon not for profit corporation; **MEGAN BURTON**, an individual; and **JANE DOE**, an individual;<br><br>        Defendants. | Case No. 3:22−cv−01680−JR<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to FRCP 54 and based upon the stipulation of the parties,

IT IS HEREBY ORDERED AND ADJUDGED that this matter is dismissed with prejudice and without costs or attorney fees to any party.

Dated:    5/11/2023

/s/ Jolie A. Russo
Hon. Judge Jolie A. Russo
U.S. Magistrate Judge

**IT IS SO STIPULATED**

DATED this 11th day of May, 2023.

| MILLER NASH | THE BRAGUE LAW FIRM |
|---|---|
| By *s/Mike Porter* | By _____ |
| Mike Porter, OSB No. 003560 | Kevin C. Brague, OSB No. 050428 |
| Mike.porter@millernash.com | kevin@braguelawfirm.com |
| Attorney for Defendant | Attorney for Plaintiff |